IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGEL RIVERA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:19-01035-KD-B |
| | ) | |
| WARDEN RAYBON, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 13) made under 28 U.S.C. § 636(b)(1)(B) and dated July 29, 2020, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that the  (1) spraying claims against Defendants Smith and McNeal are **DISMISSED** as duplicative; (2) the remaining claims in this action, including those claims against Defendant Raybon, are **DISMISSED**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; and (3) this action is **DISMISSED** without prejudice for failure to comply with the Court's order.

**DONE** and **ORDERED** this the **28th** day of **August 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**