# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANGEL RIVERA,          ) | |
|     Plaintiff,          ) | |
|                        ) | |
| v.                     ) | CIVIL ACTION 1:19-01035-KD-B |
|                        ) | |
| WARDEN RAYBON, *et al.*, ) | |
|     Defendants.         ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **28th** day of **August 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**